UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED JOHN BIANCHI, | No. 2:21-cv-1211 KJN P |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| LANA VLASTELICA, et al., | |
| Defendants. | |

    Plaintiff is a pretrial detainee currently housed in the Shasta County Jail, proceeding pro se and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983. On October 7, 2021, plaintiff's complaint was dismissed, and plaintiff was granted thirty days in which to file an amended complaint. On October 15, 2021, plaintiff filed a notice of appeal, and a notice of amendment. On December 8, 20221, plaintiff's appeal was dismissed for lack of jurisdiction.

    Plaintiff's "Notice of Amendment" does not comport with the court's prior screening order. Rather, plaintiff simply appended an October 6, 2021 letter from the State Bar of California to plaintiff concerning his complaints about his criminal defense attorney. (ECF No. 12.) This document is insufficient to constitute a pleading and is disregarded.

    In an abundance of caution, plaintiff is granted thirty days from the date of this order to file an amended complaint that complies with the court's October 7, 2021 order. Plaintiff is cautioned that his failure to do so will result in a recommendation that this action be dismissed.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's notice of amendment (ECF No. 12) is disregarded; and

2. Plaintiff is granted thirty days from the date of this order to file an amended complaint that complies with the October 7, 2021 order.

Failure to file an amended complaint in accordance with this order may result in the dismissal of this action.

Dated: December 27, 2021

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/bian1211.36